## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**DEMARIO DONTEZ WALKER**                                              **PETITIONER**
*also known as* **KIRIYAMA Z.**
**SAN GIVONNI**


**v.**                                                    **Civil No. 1:22cv237-HSO-FKB**


**DERRICK CHAMBERS**                                                   **RESPONDENT**

### FINAL JUDGMENT

In accordance with the Order entered this date adopting the Report and

Recommendations [28] of the United States Magistrate Judge,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above

captioned civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 10th day of July, 2023.

*s/ Halil Suleyman Ozerden*

HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE